## THE STATE v. KING.

Criminal Case : NO ARGUMENTS : NO ERROR FOUND : AFFIRMED.

*Appeal from Polk District Court.*—HON. JOSIAH GIVEN, Judge.

FILED, JUNE 9, 1888.

DEFENDANT was tried in justice's court, for the offense of keeping intoxicating liquors with intent to sell the same in violation of law He was convicted and thereupon appealed to the district court of Polk county. He was again tried, found guilty and adjudged to pay a fine of fifty dollars and costs. He now appeals from that judgment.

ROBINSON, J.—This cause was submitted on a transcript of the information and amendment thereto, and of the other papers and proceedings in the case, excepting the evidence. No argument has been made for either party and no errors have been assigned. We have examined so much of the record as has been submitted to us, but discover no error. The judgment of the district court is therefore

AFFIRMED.

Criminal Case : NO ARGUMENTS : NO ERROR FOUND : AFFIRMED.